IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00540-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    AUSTIN GILMORE,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    On March 2, 2011, defendant Gilmore filed a notice of disposition indicating that he intended to plead guilty in Case No. 10-cr-00542-REB and, upon sentencing, the government would dismiss the charges against him in this case. The defendant was sentenced in 10-cr-00542-REB on September 8, 2011. Wherefore, it is

    ORDERED that, on or before October 24, 2011, the government and defendant Gilmore shall file status reports concerning the disposition in this case.

    DATED October 18, 2011.